| | |
|---|---|
| In re:<br><br>TACTICAL INTERMEDIATE HOLDINGS, INC., *et al.*,<br><br>        Debtors. | Chapter 11<br><br>Case No. 14-11659 (KG)<br>(Jointly Administered)<br><br>NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS |

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

      1. **W.L. Gore and Associates, Inc.**, Attn: Robin Brewer, 551 Papermill Road, Newark, DE 19711, Phone: (410) 506-5048, Fax: (410) 506-5476

      2. **Tasman Leather Group, LLC, c/o Tasman Industries, Inc.**, Attn: David Ernstberger, 930 Geiger Street, Louisville, KY 40206, Phone: (502) 357-2533, Fax: (502) 581-0697

      3. **CaribEx Worldwide**, 4248 Piedmont Parkway, Greensboro, NC 27410, Phone: (336) 315-0443, Fax: (336) 315-0529


                                      ROBERTA A. DEANGELIS
                                      United States Trustee, Region 3


                                      /s/ *Benjamin Hackman* for
                                      T. PATRICK TINKER
                                      ASSISTANT UNITED STATES TRUSTEE

DATED: July 18, 2014

Attorney assigned to this Case: David Buchbinder, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Proposed Counsel: Morton Branzburg, Phone: (215) 569-2700