# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TACTICAL INTERMEDIATE HOLDINGS, INC., *et al.*,[1]<br><br>      Debtors. | Chapter 11<br><br>Case No. 14-11659 (KG)<br><br>(Jointly Administered) |

## NOTICE OF ENTRY OF APPEARANCE AND
## DEMAND FOR NOTICES AND PAPERS

  PLEASE TAKE NOTICE that Otterbourg P.C. and Venable LLP, proposed counsel for the Official Committee of Unsecured Creditors (the "Committee"), hereby enter their appearance pursuant to Bankruptcy Code section 1109(b) and Bankruptcy Rule 9010(b); and such counsel hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Bankruptcy Code sections 342 and 1109(b), that copies of all notices and pleadings given or filed in these cases be given and served upon the undersigned at the following addresses and telephone/facsimile numbers:

| | |
|---|---|
| Scott L. Hazan<br>David M. Posner<br>**OTTERBOURG P.C.**<br>230 Park Avenue<br>New York, New York 10169-0075<br>Telephone: (212) 661-9100<br>Facsimile: (212) 882-6104<br>Email: shazan@otterbourg.com<br>    dposner@otterbourg.com | Jamie L. Edmonson<br>Daniel A. O'Brien<br>**VENABLE LLP**<br>1201 North Market Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone: (302) 298-3535<br>Facsimile: (302) 298-3550<br>Email: jledmonson@venable.com<br>    dao'brien@venable.com |

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: Tactical Intermediate Holdings, Inc. (4895); Tactical Holdings Operations, Inc. (8504); Wellco Enterprises, Inc. (9274); Ro-Search Incorporated (6293); Mo-Ka Shoe Corporation (2446); Altama Delta Corporation (6369); Altama Delta (Puerto Rico) Corporation (3459); Massif Holdings LLC (1692); and Massif Mountain Gear Company L.L.C. (9717). The address of the Debtors' corporate headquarters is 5968 Commerce Blvd., Morristown, TN 37814.

-2-

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Code section 1109(b), the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, plan and disclosure statement, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, courier service, hand delivery, electronic mail, internet, or otherwise filed or made with regard to the referenced cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive the Committee's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to a trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which the Committee is or may be entitled under agreements in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: July 19, 2014  
      Wilmington, Delaware

**VENABLE LLP**

*/s/ Jamie L. Edmonson*  
Jamie L. Edmonson (DE No. 4247)  
Daniel A. O'Brien (DE No. 4897)  
1201 North Market Street, Suite 1400  
Wilmington, Delaware  198019  
Telephone:  (302) 298-3535  
Facsimile:   (302) 298-3550  
Email:  jledmonson@venable.com  
        dao'brien@venable.com

-and-

-3-

**OTTERBOURG P.C.**
Scott L.. Hazan
David M. Posner
230 Park Avenue
New York, New York  10169-0075
Telephone:  (212) 661-9100
Facsimile:  (212) 882-6104
Email:  shazan@otterbourg.com
            dposner@otterbourg.com

*Proposed Counsel for the Official Committee of Unsecured Creditors*